Stuart T. Barasch, Esq. (State Bar No. 74108)
Of Counsel, Olinsky Law Group
P.O. Box 961719
El Paso, TX  79996
Telephone: (213) 621-7622
Facsimile: (213) 402-2261
Email: stuartbarasch@gmail.com
Attorney for Plaintiff, Carrie Juannell Kiser

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

CARRIE JUANNELL KISER,

      PLAINTIFF,

              No. 2:23-cv-00091-JDP (SS)

-V-

KILOLO KIJAKAZI,
ACTING COMMISSIONER OF SOCIAL SECURITY,

      Defendant.
-----------------------------------------------------------

**~~PROPOSED~~ ORDER**

     Before the Court is the Motion of Plaintiff, Carrie Juannell Kiser, for an extension of time. Because the Court finds good cause and Defendant has no objection, the Court hereby GRANTS the motion. It is hereby ORDERED that the Plaintiff has until September 14, 2023, to file her Motion for Summary Judgement.  Accordingly, Defendant's deadline to file her responsive brief is extended to October 29, 2023. Plaintiff's deadline to file a reply brief, if any, is extended to November 13, 2023.

1

IT IS SO ORDERED.

Dated:   July 19, 2023                         _____
                                               JEREMY D. PETERSON
                                               UNITED STATES MAGISTRATE JUDGE